UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Spring Glen Apartments LLP, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Arch Specialty Insurance Company, )<br>)<br>Defendant. )<br>) | **Civil No. 3:17-CV-00028** |

## STIPULATION OF DISMISSAL

This Stipulation of Dismissal is made under F.R.Civ.P. 41(a)(1)(A)(ii) and is between Spring Glen Apartments LLP (Spring Glen) and Arch Specialty Insurance Company (Arch).

The Parties having agreed to settle this action,

IT IS HEREBY MUTUALLY STIPULATED AND AGREED that any and all claims in this action that were set forth in the pleadings or that could have been set forth in the pleadings against Arch are hereby dismissed with prejudice and without costs, disbursements, or attorneys' fees to any party.

IT IS FURTHER STIPULATED AND AGREED that a Judgment of Dismissal dismissing this action with prejudice may be entered without further notice to any party.

Dated this 11th day of June, 2018.

                                           */s/ Jonathan M. Bye*
James A. Lodoen (ND #04283)
jlodoen@lindquist.com
Jonathan M. Bye
jbye@lindquist.com
Adam C. Ballinger
aballing@lindquist.com
LINDQUIST & VENNUM LLP
2000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2274
Telephone:     (612) 371-3211
Facsimile:      (612) 371-3207
*Attorneys for Plaintiff Spring Glen Apartments LLP*

Dated this 11th day of June, 2018.

CROWLEY FLECK PLLP

*/s/ Douglas A. Bahr*
Douglas A. Bahr (ND #04940)
100 West Broadway Ave., Suite 250
P.O. Box 2798
Bismarck, ND 58502-2798
Telephone:     (701) 223-6585
Facsimile:      (701) 222-4853
Email: dbahr@crowleyfleck.com
*Attorneys for Defendant Arch Specialty
  Insurance Company*