Local AO 450 (rev. 5/10)

# United States District Court
### *District of North Dakota*

Spring Glen Apartments LLP

v.

Arch Specialty Insurance Company

JUDGMENT IN A CIVIL CASE

Case No. 3:17-cv-00028-WGY

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☑ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Based upon the Stipulation of Dismissal notifying the Court that the parties have settled, filed on June 11, 2018 this case is hereby dismissed.

Date: July 25, 2018

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Jennifer Gaudet*